IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MELVIN BILLINGSLEY,               )
                                  )
        Plaintiff,                )
                                  )
v.                                )     CIVIL ACTION NO.  3:08cv558 -MHT
                                  )                  (WO)
JUDGE RICHARD LANE, *et al.*,     )
                                  )
        Defendants.               )

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 21, 2008 (doc. # 4), that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).   After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is        ORDERED that the recommendation of the magistrate judge  (doc. # 4) is adopted and that this case is dismissed prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 13th day of August, 2008.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE