IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN BILLINGSLEY, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE RICHARD LANE, *et al.*, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.  3:08cv558 -MHT<br>(WO) |

**JUDGMENT**

In accordance with the order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of August, 2008.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE